UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____
                                   )
_Willie Linder_   **Plaintiff(s)**  )   **Civil Case No.:**
                                   )
        vs.                        )   **CIVIL**
_Oneida County Correctional Facility_ )   **RIGHTS**
                                   )   **COMPLAINT**
              **Defendant(s)**     )   **PURSUANT TO**
_Lisa Zurek_                       )   **42 U.S.C. § 1983**
_____

| Plaintiff(s) demand(s) a trial by: ● JURY   ○ COURT   (Select **only** one). |

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: _Oneida County Correctional Facility_
   Address: _Law Enforcement Division_
   _6065 Judd Road_
   _Oriskany, New York 13424_

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _Lisa Zurek_
      Official Position: _Chief Administrative Officer (CAO)_
      Address: _Oneida County Correctional Facility_
      _Administrative Office_
      _6075 Judd Road, Oriskany, New York 13424_

b.   Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

c.   Defendant: _____

   Official Position: _____

   Address: _____
   _____
   _____

Additional Defendants may be added on a separate sheet of paper.

4.                               **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I assert my constitutional rights have been violated in connection with three incidents, all of which occurred in 2023 at Oneida County Correctional Facility. All three incidents will be presented in chronological order. Incidents one based on defamation, two based on retaliation, and three based on inadequate medical attention.

5. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

A. Defamation of Character
False and Defamatory Statements

**SECOND CAUSE OF ACTION**

B. Retaliation - First Amendment Retaliation Violation
(Retaliation for Exercise of a First Amendment Right)

**THIRD CAUSE OF ACTION**

C. Inadequate Medical Attention - Fourteenth Amendment Violation
(Deliberate Indifference to Medical Needs)

6. **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

I seek compensatory damages of $250,000 and I also seek declaratory and injunctive relief. Investigation of all my claims and determine (OCCF) legal responsibility for violations.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/17/23

*Willie Linder #14325*
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

Willie Linder, Plaintiff(s),

v.

Oneida County Correctional Facility,

Lisa Zurek, Defendant(s).

_____

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** _____
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☑ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.  **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II. **PLAINTIFF(S) INFORMATION**

Name: Willie Linder
Prisoner ID #: #14325
Place of detention: Oneida County Correctional Facility
Address: 6075 Judd Road
Oriskany, New York 13424

Indicate your confinement status when the alleged wrongdoing occurred:
- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. **DEFENDANT(S) INFORMATION**

Defendant No. 1: Zurek, Lisa
Name (Last, First)

Chief Administrative Officer
Job Title

6075 Judd Road
Work Address

Oriskany    New York    13424
City    State    Zip Code

Defendant No. 2: _____
Name (Last, First)

_____
Job Title

2

_____
Work Address

_____
City                State              Zip Code

Defendant No. 3: _____
Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                State              Zip Code

Defendant No. 4: _____
Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                State              Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

IV. **STATEMENT OF FACTS**

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

— Please see attached additional sheets —

## V.  STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Defamation of Character
False and Defamatory Statements

### SECOND CLAIM

Retaliation - First Amendment Retaliation Violation
(Retaliation for Exercise of a First Amendment Right)

### THIRD CLAIM

Inadequate Medical Attention - Fourteenth Amendment Violation
(Deliberate Indifference to Medical Needs)

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

I seek compensatory damages of $250,000 and I also seek declaratory and injunctive relief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/17/23

Willie Judge
Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/27/16)

5

Willie Linder #23325
Oneida County Correctional Facility
6075 Judd Road
Oriskany, New York 13424




Lawrence K. Baerman, Clerk
United States District Court
Federal Building, P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367



ONEIDA COUNTY JAIL INMATE MAIL



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 21 2023
RECEIVED